

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 23  PM 12: 43

LORETTA G. WHYTE
       CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

TAMMY PHILIBERT and
RUDOLPH PHILIBERT,

      Plaintiffs

vs.

ETHICON, INC. (d/b/a GYNECARE
WORLDWIDE), JOHNSON & JOHNSON
OF NEW JERSEY, INC. (d/b/a JOHNSON
& JOHNSON), LIFECORE BIOMEDICAL,
INC. and VITAL PHARMA, INC.

      Defendants

CIVIL ACTION NO. 04-220
consolidated with
CIVIL ACTION NO. 05-0182

SECTION L, MAG. 4

## ORDER APPROVING STIPULATION TO STRIKE CLAIMS AND WITHDRAW DISCOVERY AS TO DEFENDANT, VITAL PHARMA, INC.

THE COURT, having reviewed the Stipulation on file between Plaintiffs and Defendant, Vital Pharma, Inc., to strike certain claims against Vital Pharma, Inc. and withdraw discovery, and the Court being fully otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    Counts XVI, XX, XXIV, XXVIII and XXXII are hereby stricken from the Amended Complaint currently on file with the Court.

2.    The Request for Admissions, Interrogatories and Request to Produce served on

3

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

VITAL PHARMA along with the Amended Complaint are withdrawn, and no response is required by VITAL PHARMA.

    3.    VITAL PHARMA will serve its Answer to the remaining allegations in the Amended Complaint within 10 days of the date of this Order.

DONE AND ORDERED this 23 day of August, 2005, New Orleans, Louisiana.

_____
JUDGE

F:\37494\LOUISIAN\STIP.DOC